# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, CIV DIVIS

Justin Ford, Robert McKinnon, Jeffrey Miller, Richard Edwards, Andrew Gillespie, Alfred Nolen, Geddes M. Willies, Casey Holland, Malik Lynch, Johnny Haugabook Jr, Anibal A. Rios-Mulero, Stephen LeCournu, Joshua Malone,

Case NO: 8:17-cv-1751-T-27 TGW

V.

Bob Gualtieri & Administration, Deputy Caminero, Deputy Basel, John Doe, Supervisor for LG2, Deputy Harrington, Inspector (in both official and individual capacity), Sgt. Alonso #57345,

## Civil rights Complaint 42 U.S.C. § 1983
## Class Action

IFP.

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Justin Ford
Inmate Number: 1723096
Prison or Jail: Pinellas County Jail
Mailing address: 14400 49th St N.
Clearwater Fl 33762

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Bob Gualtieri
    Official position: Sheriff
    Employed at: Pinellas County Sheriff Dept.
    Mailing address: 14400 49th St N.
    Clearwater Fl 33762

(2) Defendant's name: Mr. Caminero
    Official position: Deputy
    Employed at: Pinellas County Jail
    Mailing address: 14400 49th St N.
    Clearwater Fl 33762

(3) Defendant's name: Mr. Bosel
    Official position: Deputy
    Employed at: Pinellas County Jail
    Mailing address: 14400 49th St N.
    Clearwater Fl 33762

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

1. Plaintiffs:

a) Robert Mckinnon
   Inmate # 1723565
   Pinellas County Jail
   14400 49th St N.
   Clearwater, Fl 33762

b) Jeffery Miller
   Inmate # 1724311
   Pinellas County Jail
   14400 49th St N.
   Clearwater, Fl 33762

c) Richard Edwards
   Inmate # 1712174
   Pinellas County Jail
   14400 49th St N.
   Clearwater, Fl 33762

d) Andrew Gillespie
   Inmate # 1723810
   Pinellas County Jail
   14400 49th St N.
   Clearwater, Fl 33762

e) Alfred Nolen
   Inmate # 1722335
   Pinellas County Jail
   14400 49th St N.
   Clearwater, Fl 33762

F) Geddes M. Willis
   Inmate # 1724135
   Pinellas County Jail
   14400 49th St N.
   Clearwater, Fl 33762

g) Casey Holland
   Inmate # 1724871
   Pinellas County Jail
   14400 49th St N.
   Clearwater, Fl 33762

h) Malik Lynch
   Inmate # 1696351
   Pinellas County Jail
   14400 49th St N.
   Clearwater, Fl 33762

i.) Johnny Haugabook Jr
Inmate # 1721369
Pinellas County Jail
14400 49th St N.
Clearwater Fl 33762

j.) Anibal A. Rios-Mulero
Inmate # 1675835
Pinellas County Jail
14400 49th St N.
Clearwater Fl 33762

k.) Stephen Lecournu
Inmate # 1689148
Pinellas County Jail
14400 49th St N.
Clearwater Fl 33762

l.) Joshua Malone
Inmate # 1680664
Pinellas County Jail
14400 49th St N.
Clearwater Fl 33762

II. Defendants

a.) John Doe
Supervisor for LG2
Pinellas County Jail
14400 49th St N.
Clearwater Fl 33762

b.) Mr. Harrington
Deputy
Pinellas County Jail
14400 49th St N.
Clearwater Fl 33762

c.) Inspector
Pinellas County Jail
14400 49th St N.
Clearwater Fl 33762

d.) Sgt. Alonso #57345
Pinellas County Jail
14400 49th St N.
Clearwater, Fl 33762

2b

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____ Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( / )  No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action: Justin Ford
   a. Plaintiff(s): ~~David Gee & Administration~~
   b. Defendant(s): David Gee & Administration
2. District and judicial division: Middle District of Florida
3. Name of judge: don't know    Case #: 2939
4. Approximate filing date: Oct, 17 2016
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: Inadequate access to the Courts, Violation of My Constitutional rights

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )  No( / )

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case Docket # _____
4. Approximate filing date: _____  Dismissal date: _____
5. Reason for dismissal: _____

4

V. Statement of facts:

A) Bob Gualtieri and administration are the ones who run the Pinellas County Jail, Mr. Ford and other plaintiffs have written numerous complaints to Mr. Gualtieri and staff about the conditions of Pod LG2. We have complained of the inmates in LG2 constantly getting sick, due to the lack of air circulation. The AC Do not work, The exhaust fans our always off and there is no windows that would allow fresh air in the Pod. The inmates our complaining that it is difficult for them to breathe, The plaintiff Mr. Ford have reported his conditions to Medical and the examining nurse after his 3rd visit inform him that, the inmates our getting sick because their all breathing the same air and it's a common thing here at Pinellas County Jail. There has been no action taken to fix, prevent or addressed the problems. Bob Gualtieri and administration have not even acknowledge complaints. These complaints was made when there was no Electronic request available through Kiosk. The inmates have also complained about the Mold on the vents.

B) The plaintiffs have informed numerous floor deputy who directly oversees and have authority to do something about the plaintiffs request, and complaints, These officers who have been informed and failed to take actions are,
1, Deputy Bosel, Deputy Harrington, Deputy Garret, These Deputys have been indifferent about the request and complaints during the whole time the issue have been raised. Total, over a month the plaintiffs have made it known to deputys of the issues, of mold on the vents, no air circulation, no

5

AC,

C) Deputy Caminero has been informed by Mr. Ford and other plaintiffs in LG2 room 3 during his walk through on 7/7/2017 9:05pm about the mold on the vents, No Air Circulation, No AC we even advised him that the clothes and towels are starting to Stink, Deputy Caminero response was unappropriate and shows his deliberate indifference towards the plaintiffs complaints. Deputy Caminero stated it is what it is, and then while walking out the day room stated we all have to die Someday. The inmates health and is not taken Serious here.

D) John Doe Supervisor of LG2 wing is responsible for the deputys under their direct supervision and should have better trained this deputys or have investigated these matters personally to verify that the inmates health is not at risk.

E) The inspector for Pinellas county Jail has failed to do anything about the mold on the vents and the lack of Air Ventilation in the Pod, There has been no Action taken by Any staff here at Pinellas county Jail

F) The defendant Sgt. Alonso #57345, has refused to allow the plaintiffs and other inmates to file a formal complaint, replying that Plaintiff Mr. Ford was not getting a grievance, See Case # 345 and 1072 as proof of the plaintiffs being denied their right to express their complaints and grievances formally. The plaintiffs have been complaining about these inhumane conditions for over a month now.

6

The plaintiffs constitutional rights have been violated and there rights under the equal protection of the law ignore, We have a right to be free from cruel and unusual punishment and a right to due process. The inmates and plaintiff have been forced to remain in these conditions by the Deputy and Staff refusing to take actions disregarding the health concerns of the plaintiff and inmates. The plantiffs have all signed a sworn affidavit and copys will be provided for discovery purposes to support the claims here in this 1983 civil complaint.

VI. Statement of Claims

1) The plaintiffs 8th Amendment right to be free from cruel and unusual punishment has been violated, By the defendants taking no Action and has shown their deliberate indifference towards the plaintiffs complaints of the inhumane conditions the lack of Air circulation, which has cause numerous people to get sick, nothing completly drys and everything smells like bad, The plaintiffs have been forced to stay in these conditions, with mold on the wall, one Numerous plaintiffs have written sworn Affidavits of having problems breathing, Mr. Ford have been to sick call at least five times for the same symthoms in the last two weeks or in a two weeks time, Short of breath, pressure on the chest and headachs.

2) The Plaintiffs 14th Amendment right to due process has been violated by the defendants refusing to acknowledge complaints as grievable, The plaintiffs has suffered from these condition from as long as two months, to as a minimum of three weeks. During the last 3 weeks of this civil complaint the defendants refused to allow the plaintiffs to express their grievances formaly. The plaintiffs have no choice but to seek relief from the courts.

6-B

VII. Relief Requested:

Wherefore, Plaintiffs respectfully prays that this court enter Judgment:

a) Granting plaintiffs a declaration that the acts and omissions described herein violate their rights under the Constitution and laws of the United States and

b) A preliminary and permanent injunction ordering defendants to remove Plaintiffs and all other inmates from LG2 until the conditions our improved and fixed.

c) Granting Plaintiffs compensatory damages in the amount of $50,000 against each defendant jointly and severally.

d) Granting Plaintiffs punitive damages in the amount of $50,000. The plaintiffs seek these damages against each defendant, jointly and severally

e) Plaintiffs also see a jury trial on all issues triable by jury.

f) Plaintiffs also seek recovery of their cost in the suite and any additional relief this court deems Just.

7

I declare under penalty of perjury that the forgoing Statements of Facts, including all continuation pages, are true and correct.

/s/ Geddes Willis
GEDDES WILLIS

/s/ Robert McKinnon
Robert McKinnon

/s/ Anibal A. Rias-Mulero
Anibal A. Rias-Mulero

/s/ Casey B Holland
Casey Branden Holland

/s/ Richard Edwards
Richard Edwards

/s/ Jeff Miller
Jeffrey Miller

/s/ Alfred Nolen
Alfred Billy Nolen

/s/ Josh Malone
Joshua A. Malone

/s/ [illegible]

/s/ Andrew Gillespie
ANDREW GILLESPIE

/s/ Johnny Haugabook JR
Johnny Haugabook JR

/s/ S. LeCornu
Stephen LeCornu

/s/ Malik Lynch
Malik Lynch

/s/ Justin Ford
Justin Ford

79

## Certificate of Service

I HEREBY certify that a copy has been furnished by U.S. mail to Bob Gualtieri & Administration, et, al. 14400 49th St N. Clearwater Fl 33762, Middle District of Florida, 801 N. Florida Av, Tampa Fl 33602. On this 18th day of July 2017.

/s/ Geddes Willis
GEDDES WILLIS

/s/ Robert McKinnon
Robert McKinnon

/s/ Anibal A. Rios-Mulero
Anibal A. Rios-Mulero

/s/ Casey Holland
Casey Brandon Holland

/s/ Richard Edwards
Richard Edwards

/s/ Jeff Miller
Jeffrey Miller

/s/ Alfred Kerry Nolen
Alfred Kerry Nolen

/s/ Josh Malone
Joshua Malone

/s/ Andrew Gillespie
ANDREW GILLESPIE

/s/ Johnny Haagabook JR
Johnny Haagabook JR

/s/ S. Lecorn
Stephen Lecorn

/s/ Malik Lynch
Malik Lynch

/s/ Justin Ford
Justin Ford

76